✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    ALABAMA

RHONDA THOMPSON,

**SUMMONS IN A CIVIL ACTION**

V.

KEVIN HARGRAVE, INDIVIDUALLY, D/B/A
H.A.F.C. RECOVERY SERVICES, INC.,
D/B/A HARGRAVE & ASSOCIATES, INC.:
DONALD L. DEMPSEY, II., P.A.; STEVE
WISENBURG,  INDIVIDUALLY; & LATRESE
& KEVIN ENTERPRISES, INC. ( A FLORIDA
CORPORATION).

CASE NUMBER:   1:06 CV1060-MEF

TO: (Name and address of Defendant)

KEVIN HARGRAVE
8987 Shindler Crossing Drive
Jacksonville, Florida 32222

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Poston, Esq.
BROCK & STOUT, LLC.
Post Office Drawer 311167
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within _____ 20 __ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE   12/1/06

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

RHONDA THOMPSON,

**SUMMONS IN A CIVIL ACTION**

V.

KEVIN HARGRAVE, INDIVIDUALLY, D/B/A
H.A.F.C. RECOVERY SERVICES, INC., D/B/A
HARGRAVE & ASSOCIATES, INC.; DONALD
L. DEMPSEY, II., P.A.; STEVE WISENBURG,
INDIVIDUALLY; & LATRESE & KEVIN ENTERPRISES,
INC. ( A FLORIDA CORPORATION),

CASE NUMBER: 1:06 CV 1060-MEF

TO: (Name and address of Defendant)

>DONALD L. DEMPSEY, II., P.A.
>% DONALD L. DEMPSEY, II., ESQ.
>4321 Roosevelt Blvd.
>Jacksonville, Florida 32210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

>David G. Poston, Esq.
>BROCK & STOUT, LLC.
>Post Office Drawer 311167
>Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Debra P. Hackett | | 12/1/06 |
|---|---|---|
| CLERK | | DATE |

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

RHONDA THOMPSON,

**SUMMONS IN A CIVIL ACTION**

V.

KEVIN HARGRAVE, INDIVIDUALLY, D/B/A
H.A.F.C. RECOVERY SERVICES, INC., D/B/A
HARGRAVE & ASSOCIATES, INC.; DONALD    CASE NUMBER:  1:06CV1060-MEF
L. DEMPSEY, II., P.A.; STEVE WISENBURG,
INDIVIDUALLY; & LATRESE & KEVIN ENTERPRISES,
INC. (A FLORIDA CORPORATION).

TO: (Name and address of Defendant)
      STEVE WISENBURG
      % KEVIN HARGRAVE
      8987 SHINDLER CROSSING DRIVE
      JACKSONVILLE, FL 32222

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      David G. Poston, Esq.
      BROCK & STOUT, LLC.
      Post Office Box 311167
      Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

| CLERK | | DATE  12/1/06 |

(BY) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

RHONDA THOMPSON,

V.

KEVIN HARGRAVE, INDIVIDUALLY, D/B/A
H.A.F.C. RECOVERY SERVICES, INC., D/B/A
HARGRAVE & ASSOCIATES,INC.; DONALD
L. DEMPSEY, II., P.A.; STEVE WISENBURG,
INDIVIDUALLY; & LATRESE & KEVIN ENTERPRISES,
INC. (A FLORIDA CORPORATION),

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1: 06 CV 1060 -MEF

TO: (Name and address of Defendant)
    LATRESE & KEVIN ENTERPRISES, INC.
    % KEVIN HARGRAVE, SR.
    8987 SHINDLER CROSSING DR.
    JACKSONVILLE, FL 32222

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    DAVID G. POSTON, ESQ.
    BROCK & STOUT, LLC.
    POST OFFICE DRAWER 311167
    ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____          12/1/06
CLERK                                        DATE

_____
(BY) DEPUTY CLERK