IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RHONDA THOMSON,                    )
                                   )
            Plaintiff,             )
                                   )
v.                                 )   CASE NO.  1:06-cv-1060-MEF
                                   )
KEVIN HARGRAVE, *et al.*,          )
                                   )
                                   )
            Defendants.            )

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby provides notice to the plaintiff that the Court finds that plaintiff has failed to cause service to be made upon defendants Kevin Hargrave, Steve Wisenburg, and Latrese & Kevin Enterprises, Inc. within 120 days after the filing of the Complaint in this action on November 29, 2006.  It is the present intention of this Court to dismiss the claims against these defendants without prejudice on **April 27, 2007**, unless plaintiff shows good cause for his failure to comply with Federal Rule of Civil Procedure 4 before that date.

DONE this the 18th day of April, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE