IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RHONDA THOMPSON, )<br>)<br>  PLAINTIFF, )<br>)<br>vs. )<br>)<br>KEVIN HARGRAVE, INDIVIDUALLY, D/B/A H.A.F.C. )<br>RECOVERY SERVICES, INC., D/B/A HARGRAVE )<br>& ASSOCIATES, INC.; )<br>DONALD L. DEMPSEY, II., P.A.; )<br>STEVE WISENBURG, INDIVIDUALLY; & LATRESE )<br>& KEVIN ENTERPRISES, INC. (A FLORIDA )<br>CORPORATION), )<br>)<br>  DEFENDANTS. ) | CASE #:  1:06-CV-1060 |

## NOTICE OF DISMISSAL WITH PREJUDICE

In the above-styled case, the Plaintiff, Rhonda Thompson, by and through her undersigned attorney, submits this Notice of Dismissal, With Prejudice, as to Defendants, Kevin Hargrave, Individually, d/b/a H.A.F.C. Recovery Services, Inc. d/b/a Hargrave & Associates, Inc., Donald L. Dempsey, II., P.A., Steve Wisenburg, Individually, and Latrese & Kevin Enterprises, Inc. (a Florida Corporation).

Respectfully submitted,

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Donald L. Dempsey, II., Attorney for Defendants, 4321 Roosevelt Boulevard, Jacksonville, Florida 32210, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed or by electronic mail this **18th** day of April, 2007:

                                                                           */s/ David G. Poston*
                                                                           David G. Poston