**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 18, 2007

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:    Rhonda Thompson v. Kevin Hargrave et al

Case No.:    1:06cv1060-MEF
             Document 5 Notice

This Notice of Correction was filed in the referenced case this date to attach the correct pdf for document #5. The e-filer inadvertently attached the wrong document when e-filing. Document #5 has been corrected and a copy of the correct document is attached to this Notice of Correction.

Case 1:06-cv-01060-MEF-TFM    Document 6    Filed 04/18/2007    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RHONDA THOMPSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE #: 1:06-CV-1060 |
| | ) | |
| KEVIN HARGRAVE, INDIVIDUALLY, D/B/A H.A.F.C. | ) | |
| RECOVERY SERVICES, INC., D/B/A HARGRAVE | ) | |
| & ASSOCIATES, INC.; | ) | |
| DONALD L. DEMPSEY, II., P.A.; | ) | |
| STEVE WISENBURG, INDIVIDUALLY; & LATRESE | ) | |
| & KEVIN ENTERPRISES, INC. (A FLORIDA | ) | |
| CORPORATION), | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

In the above-styled case, the Plaintiff, Rhonda Thompson, by and through her undersigned attorney, submits this Notice of Dismissal, With Prejudice, as to Defendants, Kevin Hargrave, Individually, d/b/a H.A.F.C. Recovery Services, Inc. d/b/a Hargrave & Associates, Inc., Donald L. Dempsey, II., P.A., Steve Wisenburg, Individually, and Latrese & Kevin Enterprises, Inc. (a Florida Corporation).

Respectfully submitted,

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Donald L. Dempsey, II., Attorney for Defendants, 4321 Roosevelt Boulevard, Jacksonville, Florida 32210, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed or by electronic mail this **18th** day of April, 2007:

                                                                   */s/ David G. Poston*
                                                                   David G. Poston