IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RHONDA THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-1060-MEF |
| | ) | |
| KEVIN HARGRAVE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **FINAL  JUDGMENT**

Upon consideration of plaintiff's Notice of Dismissal With Prejudice filed on April 18, 2007, it is hereby

ORDERED that this case is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 20th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE